IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] JOSE MARTINEZ-SERRANO,<br>[2] EDWIN YADIEL FLORES TAVAREZ,<br>Defendants. | INDICTMENT<br><br>CRIMINAL NO.: 24-133 (ADC)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1201(a)(1)<br>18 U.S.C. § 924(c)(1)(A)(iii)<br><br>TWO COUNTS |

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
24 APR 3 PM 5:42

THE GRAND JURY CHARGES:

COUNT ONE
Kidnapping Resulting in Death
(18 U.S.C. §§ 1201(a)(1) and 2)

On or about July 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] JOSE MARTINEZ-SERRANO and
[2] EDWIN YADIEL FLORES TAVAREZ,

aiding and abetting each other and others, did unlawfully and willfully seize, confine, kidnap and abduct, and otherwise hold, T.D.C. and N.R.L., resulting in their deaths. In committing or in furtherance of the commission of the kidnapping, the defendants used a means, facility, and instrumentality of interstate or foreign commerce, namely a 2022 Ford EcoSport bearing Puerto Rico license plate number JZE 974 and a cellular telephone. All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

INDICTMENT
United States v. Jose Martinez-Serrano, et al.
Page 2

## COUNT TWO
Possessing and Discharging of a Firearm During and in Relation to a Crime of Violence
(18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

On or about July 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] JOSE MARTINEZ-SERRANO and
[2] EDWIN YADIEL FLORES TAVAREZ,

aiding and abetting each other and others, did knowingly possess and discharge a firearm in furtherance of a crime of violence that may be prosecuted in a Court of the United States, namely, a kidnapping as charged in Count One of this Indictment. All in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

TRUE BILL

FOREPERSON
Date: 04/03/24

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Unit

Julian N. Radzinschi
Assistant U.S. Attorney

2